## Comstock *v.* Hitt.

(April Term, 1865.)

ORAL ARGUMENT will not be allowed by one party on the first call of the docket, and by the other on the second call.

COUNSEL inquired whether one party would be allowed to argue the cause orally upon the first call of the docket, and the other party have the same right upon the second call.

Per CURIAM: We cannot allow that to be done, even by consent of parties. If the case is argued orally on the first call of the docket by one party and not by the other, we will then take it for consideration, and no subsequent oral argument will be heard.